# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-50372
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
October 12, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Santiago Molina-Nolasco,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-727-1

———————————————————————

Before King, Haynes, and Graves, *Circuit Judges*.

Per Curiam:[*]

Santiago Molina-Nolasco appeals his conviction and sentence for illegal reentry after removal under 8 U.S.C. § 1326(a) and (b)(1). In his sole issue on appeal, Molina-Nolasco contends that § 1326(b) is unconstitutional because it allows a sentence above the otherwise applicable statutory maximum based on facts that are neither alleged in the indictment nor found

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50372

by a jury beyond a reasonable doubt.  He has filed an unopposed motion for summary disposition and a letter brief explaining that he has raised this issue only to preserve it for further review and conceding correctly that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998).  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).   Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Molina-Nolasco's motion is GRANTED, and the district court's judgment is AFFIRMED.